# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD S. LEPRE, JR., | ) | |
| Petitioner, | ) | Civil Action No. 16-1441 |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Robert C. Mitchell |
| COMMONWEALTH OF PENNSYLVANIA, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

This case had been referred to United States Magistrate Judge Robert C. Mitchell for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On May 28, 2019, the Magistrate Judge Mitchell issued a Report (Doc. 17) recommending that Gerald S. Lepre, Jr.'s petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1) be dismissed, and that a certificate of appealability be denied. Service of the Report and Recommendation was made, and Petitioner filed Objections on June 3, 2019. (*See* Doc. 18.)

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, it hereby is **ORDERED** that Gerald S. Lepre, Jr.'s habeas petition is **DISMISSED**; a certificate of appealability is **DENIED**; and the Report and Recommendation is **ADOPTED** as the Opinion of the District Court.

IT IS SO ORDERED.

June 12, 2019                                                         s\Cathy Bissoon
                                                                      Cathy Bissoon
                                                                      United States District Judge

cc (via First-Class U.S. Mail
and Electronic Filing):

Gerald S. Lepre, Jr.
130 Clara Street
Millvale, PA 15209